# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

VIJENDER VIJENDER
La Salle Immigration
Detention Facility
830 Pinehill Rd
Jena, LA 71342;

                Plaintiff,

– *versus* –

KEVIN K. MCALEENAN, in
his official capacities as
Acting Secretary of Homeland
Security & Commissioner of
United States Customs and
Border Protection, et. al.

Defendants

Case No. 1:19-cv-3337

**ORDER GRANTING
TEMPORARY STAY
OF REMOVAL**

## ORDER GRANTING TEMPORARY STAY OF REMOVAL

Upon consideration of Plaintiff, VIJENDER VIJENDER's Emergency Motion for a Stay of Removal, all related filings, and any argument, it is **HEREBY ORDERED** that Defendants, their agents, and any persons acting in concert with them are enjoined from removing Plaintiff, VIJENDER VIJENDER, from the United States pending resolution of the Court's determination of whether it has jurisdiction to enter a stay of removal in this case.

DATED: 11/06/2019

_____
United States District Judge

The parties shall appear for a teleconference on November 07, 2019, at 12:00 p.m. Plaintiff shall serve a copy of this order to Defendants' counsel by email.