# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJENDER VIJENDER<br>La Salle Immigration<br>Detention Facility<br>830 Pinehill Rd<br>Jena, LA 71342; and<br><br>MUKESH MEHLA<br>Prairieland Detention Center<br>1200 Sunflower Lane<br>Alvarado, TX 76009<br><br>      Plaintiffs,<br><br>   – versus –<br><br>KEVIN K. MCALEENAN,<br>in his official capacities as<br>Acting Secretary of<br>Homeland Security &<br>Commissioner of United<br>States Customs and Border<br>Protection, c/o United States<br>Department of Homeland<br>Security 3801 Nebraska Ave,<br>NW Washington, DC 20016;<br>et. al.<br><br>Defendants | Case No. 1:19-cv-3337<br><br>**ORDER GRANTING<br>TEMPORARY STAY<br>OF REMOVAL** |

## ORDER GRANTING TEMPORARY STAY OF REMOVAL

Upon consideration of MUKESH MEHLA's Emergency Motion for a Stay of Removal, all related filings, and any argument, it is **HEREBY ORDERED** that Defendants, their agents, and any persons acting in concert with them are enjoined from removing Plaintiff, MUKESH MEHLA, from the United States pending resolution of the Court's determination of whether it has jurisdiction to enter a stay of removal in this case.

DATED: December 17, 2019

_____
Hon. Amit P. Mehta, United States District Judge