UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJENDER VIJENDER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 19-cv-3337 (APM) |
| CHAD F. WOLF, in his official capacity as Acting Secretary of Homeland Security,[1] et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 30, the court dismisses this action for lack of subject-matter jurisdiction and denies Plaintiffs' Motion to Add Plaintiff Sahil, ECF No. 23.

This is a final, appealable order.

Dated: April 22, 2020

Amit P. Mehta
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the court substituted Chad Wolf, who succeeded the originally named Defendant Kevin McAleenan as Acting Secretary of Homeland Security.